1  **JS 6**

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11  YUN DUK KIM,                    )         Case No.: CV 12-8588 DSF (SHx)
                                    )
12                 Plaintiff,       )
                                    )
13         vs.                      )         JUDGMENT
                                    )
14  BANK OF AMERICA, N.A., et al.,  )
                                    )
15                 Defendants.      )
                                    )
16  _____ )

17

18         The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

19  ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of

20  opposition to a motion to dismiss,

21  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

22  be dismissed without prejudice, and that defendants recover their costs of suit

23  pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

24  Dated: _____         _____
                 11/20/12
25                                              Dale S. Fischer
                                          United States District Judge
26

27

28